In the Matter of LAWYERS MORTGAGE COMPANY.

BRENTMORE ESTATES, INC., et al., Appellants; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LAWYERS MORTGAGE COMPANY, Respondent.

REORGANIZATION MANAGERS OF LAWYERS MORTGAGE COMPANY.

Submitted November 15, 1943; decided November 24, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 291 N. Y. 615.)

MARISA MOREL et al., Respondents, *v.* ELISHA HANSON et al., Appellants.

Submitted November 15, 1943; decided November 24, 1943.

*Joseph A. Nickerson* for motion.

*Herman Kahn* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order does not finally determine the action within the meaning of the Constitution.